IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REGIS ELLIS and BONNIE ELLIS, his wife, | ) ) ) |
| Plaintiffs, | ) ) ) |
| vs. | ) Civil Action No. 09-1414 ) |
| BEEMILLER, INC. and MKS SUPPLY, INC., t/d/b/a HI-POINT FIREARMS, | ) ) ) ) |
| Defendants. | ) |

## JUDGMENT ORDER

AND NOW, this 26th day of February, 2013, the Court having granted Defendants' Motion for Summary Judgment by Memorandum Opinion (see document No. 67) and Order (see document No. 68) dated November 19, 2012,

IT IS HEREBY ORDERED that judgment be, and hereby is, entered in favor of Defendants, and against Plaintiffs on all claims.

s/Alan N. Bloch
United States District Judge

ecf:   Counsel of record