IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REGIS ELLIS and BONNIE ELLIS, his wife, | ) ) ) |
| Plaintiffs, | ) ) ) |
| vs. | ) Civil Action No. 09-1414 ) |
| BEEMILLER, INC. and MKS SUPPLY, INC., t/d/b/a HI-POINT FIREARMS, | ) ) ) ) |
| Defendants. | ) |

ORDER

AND NOW, this 26th day of February, 2013, the Court having granted Defendants' Motion for Sanctions by Opinion and Order dated November 19, 2012, and the Court having determined in its Memorandum Opinion filed herewith that Defendants are entitled to an award of $20,000 in reasonable attorneys' fees and costs as a result of Plaintiff's Counsel's Rule 11 violations,

IT IS ORDERED that attorneys' fees are hereby awarded to Defendants Beemiller, Inc., and MKS Supply, Inc., t/d/b/a Hi-Point Firearms, from Jason Schiffman, Esquire, counsel for Plaintiff, and the Law Firm of Schiffman & Wojdowski, jointly and severally, in the total amount of $20,000.00 as follows: the sum of $5,000.00 to be paid by Jason Schiffman, Esquire, counsel for Plaintiffs; and the sum of $15,000.00 to be paid by Schiffman & Wojdowski, Plaintiffs' counsel's firm.

1

Payment of the aforementioned fees shall be forwarded to Defendants' Counsel no later than May 22, 2013, or within a timeframe mutually agreeable to the parties.

s/Alan N. Bloch<br>
United States District Judge

ecf:    Counsel of record